IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLISON COLTISOR,

        Plaintiff,

v.

WAKEFIELD & ASSOCIATES, LLC,

        Defendant.

## COMPLAINT FOR DAMAGES

Defendant Wakefield & Associates, LLC, a debt collector, violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"), by attempting to collect from Plaintiff Allison Coltisor amounts not legally owed.

### Jurisdiction

1. This Court has jurisdiction under the FDCPA, *see* 15 U.S.C. § 1692k(d), and under 28 U.S.C. §§ 1331 & 1337.   This Court has supplemental jurisdiction over the state claim pursuant to 28 U.S.C. § 1367.

### Parties

2. Plaintiff Allison Coltisor ("Ms. Coltisor") resides in Santa Fe, New Mexico.

3. Defendant Wakefield & Associates, LLC ("Wakefield & Associates"), based in Knoxville, Tennessee, is a debt collection company whose principal business is the collection of consumer debts.   According to its website, it specializes in medical debt collection, "employ[ing] more than 900 associates within 8 business offices across the nation" to collect medical debts for 350 hospitals, 1,200 ER & physician groups, 500 ground and air medical transport facilities and 200 behavioral health centers.   *See*

1

https://wakeassoc.com/about-us/.    It regularly collects or attempts to collect debts originally owed or due or asserted to be owed or due another.    Wakefield & Associates is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### Facts

4.  In 2021, Ms. Coltisor visited an ER facility in Knoxville, Tennessee which resulted in a medical debt allegedly owed by her to Southeastern Emergency Physicians, LLC.

5.  In a letter dated October 29, 2022, Wakefield & Associates demanded that Ms. Coltisor pay to it the amount of $1,011.86, which included $95.86 in interest, based on the medical debt allegedly owed to Southeastern Emergency Physicians, LLC.

6.  In this letter, Wakefield & Associates stated:

    Wakefield & Associates, LLC is a debt collector.    We are trying to collect a debt that you owe to SOUTHEASTERN EMERGENCY PHYSICIANS, LLC.    We will use any information you give us to help collect the debt.

7.  Wakefield & Associates' demand that Ms. Coltisor pay interest on this debt is not supported by contract or by law.

8.  Ms. Coltisor disputed this alleged debt, sending, on November 7, 2022, a letter documenting her dispute by express mail to Wakefield & Associates.

9.  The sending of this dispute letter cost Ms. Coltisor $27.90.

10. On November 10, 2022, this dispute letter was picked up by "D Strege" on behalf of Wakefield & Associates from a postal facility in Knoxville, Tennessee.

11. Wakefield & Associates nonetheless persists in reporting this account as a collection account on Ms. Coltisor's credit report.

12. Wakefield & Associates operates like a highly automated factory, without adequate systems, training, or supervision to avoid attempting to collect interest when it lacks the legal right to collect the interest.

13. As a result of Wakefield & Associates' conduct, Ms. Coltisor has suffered actual damages, including:

    a.  Out of pocket expenses;

    b.  Invasion of privacy; and

    c.  Aggravation, frustration, mental upset and emotional distress.

**First Claim for Relief: Violations of the FDCPA**

14. Wakefield & Associates' actions violate the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(5), 1692e(10), 1692f and 1692f(1).

15. Ms. Coltisor is entitled to recover statutory damages, actual damages and attorney fees and costs.

**Second Claim for Relief: Violations of the Unfair Practices Act**

16. Wakefield & Associates' actions, inactions, misrepresentations and omissions constitute unfair trade practices within the meaning of the New Mexico Unfair Practices Act, NMSA §§ 57-12-1 *et seq.* ("UPA"), including NMSA § 57-12-2(D) generally and NMSA §§ 57-12-2(D)(14) and (15) specifically.

17. Wakefield & Associates willfully engaged in these unlawful trade practices.

18. Ms. Coltisor is entitled to recover actual or statutory damages, trebled, plus attorney fees and costs.

**Request for Relief**

Ms. Coltisor requests that this Court award:

A.    Statutory and actual damages, for violations of the FDCPA;

B.    Actual or statutory damages, trebled, for violations of the UPA;

C.    Attorney fees and costs; and

D.    Such other relief as the Court deems just and proper.

Respectfully submitted,

TREINEN LAW OFFICE PC

ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)
robtreinen@treinenlawoffice.com