IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLISON COLTISOR,

      Plaintiff,

v.                                                            No. 1:23-cv-00420 MLG-JMR

WAKEFIELD & ASSOCIATES, LLC,

      Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Per FRCP 41(a)(1)(A)(i), Plaintiff Allison Coltisor provides notice that she dismisses with prejudice this lawsuit, and all claims that were brought or could have been brought in this lawsuit, with each Party to pay its respective attorney fees and costs.

Respectfully submitted,

TREINEN LAW OFFICE PC, Attorneys for Plaintiff

_____
ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)
robtreinen@treinenlawoffice.com

1