IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLISON COLTISOR,

    Plaintiff,

v.                                                   Case No. 1:23-cv-00420-MLG-JMR

WAKEFIELD & ASSOCIATES, LLC,

    Defendant.

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice, filed July 11, 2023. Doc. 7. Stipulations of dismissal are self-executing under Federal Rule of Civil Procedure 41(a)(1)(A). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Therefore, the Court enters final dismissal pursuant to Fed. R. Civ. P. 58(a).

    Plaintiff's complaint against Defendant is hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). The parties shall bear their own costs and attorney's fees.

    It is so ordered.

                                                                MATTHEW L. GARCIA
                                                                UNITED STATES DISTRICT JUDGE